UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BROADWAY EQUITY HOLDINGS LLC,<br><br>Debtor, | Chapter 11<br>Case No. 17-22242 (RDD) |
| In re:<br><br>BROADWAY EQUITY HOLDINGS LLC,<br><br>Plaintiff-Appellee,<br><br>- against –<br><br>152 BROADWAY HAVERSTRAW NY LLC, BLUE BEVERAGE GROUP, INC., JOSEPH GOLDBERGER, TOBY WEINBERGER, MFT HOLDINGS LLC, ESTATE OF JENO GUTTMAN, RYVKIE GOLDBERGER, LAND TRACK TITLE AGENCY, LLC, VILLAGE OF HAVERSTRAW RECEIVER OF TAXES, COMMISSIONER OF FINANCE OF THE COUNTY OF ROCKLAND, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, "JOHN DOE NO. 1" through "JOHN DOE NO. 10", and said names being fictitious, it being the intention of Plaintiff to designate all persons, partnerships, corporations, or other entities in possession of the premises, as tenant or otherwise any/or all persons or entities having or claiming an interest in said premises,<br><br>Defendants-Appellants. | 20-cv-04622 (KMK) |
| BLUE BEVERAGE GROUP, INC. and JOSEPH GOLDBERGER,<br><br>Counterclaim Plaintiffs-Appellants,<br><br>- against –<br><br>BROADWAY EQUITY HOLDINGS LLC,<br>JOEL WERTZBERGER a/k/a JOEL WURTZBERGER, ARON WOLCOWITZ a/k/a ARON JACOB WOLKOWITZ a/k/a JACK WALKOWITZ and JUDY MINSTER,<br><br>Counterclaim Defendants-Appellees. | |

{01071698.DOCX;1 }

## ORDER OF DISMISSAL

This matter coming to be heard on the Parties' Stipulation of Voluntary Dismissal, the Court having reviewed the Stipulation, and being duly advised, it is

**HEREBY ORDERED THAT:**

1. The above-captioned matter is dismissed with prejudice; and
2. Each party shall bear its own costs and attorneys' fees in connection with this action.

Dated: September 18, 2020                    IT IS SO ORDERED

_____
HON. KENNETH MICHAEL KARAS
UNITED STATES DISTRICT JUDGE

{01071698.DOCX;1}                        2